[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-12718

_____

AMBAR PRATT,
as Assignee of Marise S. Eason
f.k.a. Ambar Torres,

                                        Plaintiff-Appellant,

*versus*

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

                                        Defendant-Appellee,

HARTFORD FIRE INSURANCE COMPANY,

                                        Defendant.

2                    Opinion of the Court                    20-12718

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:18-cv-01607-CEH-AEP

————————————

Before BRANCH, GRANT, and ED CARNES, Circuit Judges.

PER CURIAM:

This case is remanded for further consideration in light of *McNamara v. GEICO*, 30 F.4th 1055 (11th Cir. 2022). We imply no view on any remaining issues in the case.

VACATED and REMANDED.